IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE E. WILSON, ET AL., | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:12-cv-4636-M |
| THE BANK OF NEW YORK MELLON, ET AL., | § § § § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and Recommendations in this case. Plaintiffs filed objections on April 15, 2014, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Defendants' Motion for Summary Judgment [Dkt. No. 36] is GRANTED.

SO ORDERED this 15th day of May, 2014.

*[signature: Barbara M.G. Lynn]*

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS